### 1561.  ROSETTE v. THE STATE.

POWELL, J.  Upon a careful review of the whole record, the court finds that the testimony, though largely circumstantial, is legally sufficient to support the conviction.          *Judgment affirmed.*

Indictment for misdemeanor under Penal Code, §82, from Chatham superior court—Judge Charlton.  November 21, 1908.

Argued January 14,—Decided January 27, 1909.

*Twiggs & Gazan,* for plaintiff in error.

*W. C. Hartridge, solicitor-general, W. W. Osborne,* contra.